UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANCINE GANNON, )<br>Plaintiff, )<br>)<br>v. )<br>)<br>MARRIOTT INTERNATIONAL INC. )<br>Defendant. )<br>) | CIVIL ACTION NO.<br>05-10815 RWZ |

### MARRIOTT INTERNATIONAL, INC.'S CORPORATE DISCLOSURE PURSUANT TO LOCAL RULE 7.3(A)

Pursuant to Local Rule 7.3(A) of the Local Rules of the United States District Court for the District of Massachusetts, defendant Marriott International, Inc. states that it has no parent corporation and that no corporation owns 10% or more of its stock.

Dated: April 27, 2005

MARRIOTT INTERNATIONAL, INC.
By Its Attorneys,
CAMPBELL CAMPBELL EDWARDS & CONROY
PROFESSIONAL CORPORATION

_____
James M. Campbell, BBO # 541882
Christopher A. Callanan, BBO # 630649
Julie B. Goldman BBO# 648489
One Constitution Plaza
Boston, MA 02129
617-241-3000

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the above document was served upon the following attorney of record by mail on April 27, 2005.

        Michael P. Robinson
        The Law Offices of Stephen Robinson
        155 South Main Street
        Providence, RI  02903

                              _____
                              Christopher A. Callanan