UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| FRANCINE GANNON,<br>    Plaintiff,<br><br>v.<br><br>MARRIOTT INTERNATIONAL INC.<br>    Defendant. | CIVIL ACTION NO.<br>05-10815 RWZ |

## NOTICE OF WITHDRAWAL

Kindly enter my Withdrawal on behalf of the defendant, Marriott International, Inc. in connection with the above-captioned matter. Campbell Campbell Edwards & Conroy, P.C. continues to represent this party.

                            Respectfully submitted,

                            /s/ Julie B. Goldman
                        Julie B. Goldman, BBO # 648489
                        One Constitution Plaza, 3rd Floor
                        Boston, MA 02129
                        (617) 241-3000
                        jgoldman@campbell-trial-lawyers.com

Dated: May 11, 2005