UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FRANCINE GANNON
    Plaintiff

VS.                                                         C.A. No. 05-10815-RWZ

MARRIOTT INTERNATIONAL, INC.
    Defendant

## PLAINTIFF'S MOTION TO REMAND

Now comes the plaintiff, Francine Gannon, and hereby moves to remand this matter back to the Suffolk County Superior Court. Plaintiff alleges that defendant has failed to establish that this Honorable Court has jurisdiction of the matter, given that the amount in controversy does not meet the jurisdictional threshhold of this Court. Plaintiff relies upon the memorandum of law attached hereto in further support of this motion.

                                                  Respectfully Submitted,

                                                  Plaintiff,

                                                  By her attorneys,

                                                  Michael P. Robinson BBO#649575
                                                  THE LAW OFFICES OF
                                                  STEPHEN M. ROBINSON
                                                  155 South Main Street
                                                  Providence, RI 02903

TO:    James M. Campbell, Esq.
          Christopher A. Callanan, Esq.
          Julie B. Goldman, Esq.
          One Constitution Plaza
          Boston, MA 02129

## CERTIFICATION

I hereby certify that on this \_13\_ day of \_\_may\_\_, 2005, I mailed a true and accurate copy of the within motion to the above-named attorneys of record.

*Michelle Brezpiril* (signature)