UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANCINE GANNON,<br>    Plaintiff,<br><br>v.<br><br>MARRIOTT INTERNATIONAL INC.<br>    Defendant. | CIVIL ACTION NO.<br>05-10815 RWZ |

**MARRIOTT INTERNATIONAL, INC.'S
LOCAL RULE 16.1(D)(3) CERTIFICATION**

Pursuant to Local Rule 16.1(D)(3), counsel and client hereby affirm that they have conferred:

    (a)    with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

    (b)    to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

Dated: May 26, 2005

Respectfully submitted,

| An Authorized Representative of<br>Marriott International, Inc.<br><br>_____<br>Rose Smith<br>Claims Administrator II<br>Marriott Claims Services | Attorneys for Marriott International, Inc.,<br><br>_____<br>James M. Campbell (BBO# 541882)<br>Christopher A. Callanan (BBO# 630649)<br>Campbell Campbell Edwards & Conroy,<br>Professional Corporation<br>One Constitution Plaza<br>Boston, Massachusetts, 02129<br>(617) 241-3000 |

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the following attorney of record in hand on May 26, 2005.

    Michael P. Robinson
    The Law Offices of Stephen Robinson
    155 South Main Street
    Providence, RI  02903

_____
Christopher A. Callanan