UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FRANCINE GANNON
                Plaintiff

CIVIL ACTION

V.

NO. 05-10815-RWZ

MARRIOTT INTERNATIONAL, INC.
                Defendant

## JUDGMENT

ZOBEL, D. J.

In accordance with the ENDORSED ORDER entered 5/31/05;

JUDGMENT is entered REMANDING this case to Suffolk Superior Court.

By the Court,

5/31/05                                                         s/ Lisa A. Urso
Date                                                           Deputy Clerk